UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 16-1103-JFW (KKx) | Date: | November 15, 2016 |
| Title: | *Sandra Salazar et al. v. Shandon Deasey, et al.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    Order re: Stipulated Protective Order [Dkt. 24]


   The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration. The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reasons:

   1.    The stipulation needs to be revised to make clear that the terms of the Protective Order do not apply to the Court and court personnel, who are subject only to the Court's internal procedures regarding the handling of material filed or lodged, including material filed or lodged under seal.

   2.    Proposed ¶ 4.3 must be revised to make clear that any motions challenging a designation of confidentiality may be made at any time *that is consistent with the Court's Scheduling Order*.

   3.    Proposed ¶¶ 1A, 5.5 and 8.1 need to be revised to make clear a Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5 in its entirety and that the Stipulated Protective Order does not entitle them to file confidential information under seal. Protected Material may only be filed under seal pursuant to a court order authorizing the sealing of the specific Protected Material at issue. If a Party's request to file Protected Material under seal is denied by the court, then the Receiving Party may file the information in the public record unless otherwise instructed by the court.

The parties are further directed to the Court's sample stipulated protective order located on the Court's website for a sample of the format of an approved stipulated protective order. The parties are strongly encouraged to use the language contained in the approved stipulated protective order.


cc:     United States District Judge John F. Walter