Eugene P. Ramirez (State Bar No. 134865)
   *epr@manningllp.com*
Tony M. Sain (State Bar No. 251626)
   *tms@manningllp.com*
Andrea K. Kornblau (State Bar No. 291613)
   *akk@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO;
SHERIFF JOHN McMAHON; DEP.
SHANDON DEASEY; DEP. PETER
GENTRY; DEP. GARY BRANDT; AND
SGT. MIKE RUDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANIELLA SLATER AND DAMIEN SLATER, individually and as successors in interest, by and through their Guardian ad Litem Sandra Salazar; TINA SLATER AND DAVID BOUCHARD, individually,<br><br>Plaintiffs,<br><br>v.<br><br>DEPUTY SHANDON DEASEY; DEPUTY PETER GENTRY; DEPUTY GARY BRANDT; SGT. MIKE RUDE; COUNTY OF SAN BERNARDINO; and DOES 1-10, Inclusive<br><br>Defendants. | Case No. 5:16-CV-01103-JFW-KK<br>[*Hon. John F. Walter, District Judge; Hon. Kenly K. Kato, Magistrate Judge*]<br><br>**SUBMISSION OF DEPOSITION TESTIMONY OF DR. LETICIA SCHUMAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      September 11, 2017<br>Time:      1:30 p.m.<br>Ctrm:      7-A<br><br>Cmplt Filed:   May 27, 2016<br>PTC Date:     September 29, 2017<br>Trial Date:    October 17, 2017 |

In compliance with this Court's Scheduling and Case Management Order Of October 25, 2016 [Doc. 20], defendants submit the following deposition testimony of Dr. Leticia Schuman, in support of Defendants' Motion for Summary Judgment or for Partial Summary Judgment on plaintiffs' First Amended Complaint:

1  16:6-12
2  And then two months after that, beginning in August
3  2014, you became a forensic pathologist with the Riverside
4  County Sheriff Coroner's Bureau; is that correct?
5  A. Yes.
6  Q. And you've worked in that position since that
7  time?
8  A. Yes.
9
10  28:15-23
11  Q. Okay. And have you had a chance to review this
12  report before today?
13  A. Yes.
14  Q. And after reviewing this report, is there anything
15  that -- any finding that you made during the autopsy or as a
16  result of the associated coroner's investigation, is there
17  any finding or evidence that you made or found or identified
18  that you failed to include in your report?
19  A. No.
20
21  29:1-4
22  When did you conduct your autopsy of Joseph
23  Slater?
24  A. I conducted the autopsy on April 16th, 2015, at 9:37
25  a.m.
26
27  33:20-34:3
28  Q. Okay. Is there any significance that you attach to

1 the finding of either 1.140 milligrams per liter of
2 methamphetamine in Mr. Slater's blood or the finding of 0.116
3 milligrams per liter of amphetamine in Mr. Slater's blood?
4 A. Yes.
5 Q. What's the significance?
6 A. The significance of the methamphetamine of that
7 level is it's an extremely high level causing the death of
8 Mr. Slater.
9
10 34:4-13
11 Q. According to your background, training, education,
12 experience, when you say it's an "extremely high level," what
13 are you basing that on?
14 A. Based on my experience and education and reviewing
15 multiple other toxicology reports with methamphetamine
16 levels, in my experience, to give a cause of death of acute
17 methamphetamine intoxication, levels usually range between .2
18 and .6, so -- which would be less than 1.
19 And in this level it's greater than 1, and that's
20 not a level that I see terribly often.
21
22 35:23-25
23 Q. So that would be more than five times what your
24 experience says is the fatal amount of meth. Yes?
25 A. Yes.
26
27 36:6-8
28 Q. And what do you have for cause of death for

1  Mr. Slater?
2  A. Acute methamphetamine intoxication.
3
4  52:12-17
5  Q. And of the toxicology results that you identified in
6  your version of the tox report, which of those toxicology
7  results was the most significant to the formation of your
8  opinion about the cause of death for Mr. Slater?
9  A. The methamphetamine of 1.140 milligrams per liter in
10 the blood.
11
12 58:6-13
13 Q. Okay. So in order to determine whether asphyxia was
14 a cause or contributor to the death of a subject, you would
15 expect to see either exterior marks consistent with some form
16 of strangulation; correct?
17 A. Yes.
18 Q. Or internal effects consistent with inhalation of
19 some sort of toxic substance like smoke?
20 A. Yes.
21
22 58:14-25
23 Q. Okay. And in your examination of Mr. Slater's body,
24 did you see any external signs, any signs on the outside of
25 his body, consistent with asphyxia?
26 A. No.
27 Q. So there were no ligature marks, no handprints, no
28 bruises, consistent with someone who had been deprived of

1  oxygen in any way?
2  A. Correct.
3  Q. And in your internal examination for Mr. Slater, did
4  you find any internal signs consistent with someone who had
5  suffered from asphyxia?
6  A. I did not.
7
8  82:22-25
9  Q. In your examination, your autopsy examination of
10 Mr. Slater, did you observe any evidence that Mr. Slater had
11 asphyxiated?
12 A. No.
13
14 85:7-13
15 Q. Other than the methamphetamine that you identified
16 for Mr. Slater, based on your autopsy examination and the
17 information provided to you, except for the methamphetamine,
18 was there any other condition or factor or symptom that in
19 any way caused or contributed to Mr. Slater's death in your
20 medical opinion?
21 A. No.
22
23 86:5-9
24 Q. Okay. So in terms of the opinions that you've
25 stated today regarding causation or contribution to the death
26 of Mr. Slater, did you form those opinions to a reasonable
27 degree of medical certainty?
28 A. Yes.

1  95:5-11
2  Q. And did you determine to a reasonable degree of
3  medical certainty what role, if any, that methamphetamine had
4  in the death of Mr. Slater?
5  A. Yes.
6  Q. And what was your determination?
7  A. My determination was that the acute methamphetamine
8  intoxication was the cause of death in this case.
9
10  98:4-6
11  Q. Okay. Now, when -- positional asphyxiation, are you
12  familiar with that, positional asphyxiation?
13  A. Yes.
14
15  99:5-15
16  Q. If a person is hobble-tied and handcuffed, can that
17  affect the cardiac response?
18  A. No.
19  MR. SAIN: Incomplete hypothetical as phrased.
20  BY MR. TERRELL:
21  Q. What effect does hobble-tying and handcuffing an
22  individual affect -- what is the effect on the body as far as
23  response by their heart?
24  MR. SAIN: Incomplete hypothetical as phrased.
25  Lacks foundation.
26  THE WITNESS: On the heart, it has no effect.
27
28  100:8-14

1  Q. Yeah. As far as being hobbled and handcuffed, if
2  you were hobbled and handcuffed, it would affect your
3  respiratory breathing; correct?
4  MR. SAIN: Same objections.
5  THE WITNESS: Hobbling, based on the studies that
6  have been done, have been shown to not affect -- not cause
7  hypoxia or asphyxia --
8
9  100:24-101:5
10 Q. What about the position itself if you were placed on
11 your side or on your back or on your stomach? Does that
12 affect your respiratory breathing?
13 MR. SAIN: Same objections.
14 THE WITNESS: Based on the same studies, there were
15 some minor changes to expiration, but no causes of -- it did
16 not lead to hypoxia or asphyxia.
17
18 107:11-18
19 Q. So to translate the medical terminology you spoke
20 into lay speak, does that mean that the study you're aware of
21 by Dr. Chan et al., regarding positional asphyxia found that
22 the position of the body, regardless of the position of the
23 the body of a handcuffed or hobble-tied subject or a person
24 who was both, that the position the body did not lead or did
25 not cause or contribute to asphyxia?
26 A. Correct.
27
28

**DEPO. TESTIMONY OF DR. SCHUMAN RE DEFTS' MSJ**

107:23-108:1

Q. Did you find any evidence in your autopsy examination that positional asphyxia had in any way caused or contributed to the death of Mr. Slater?

A. No.

108:6-10

Q. So would it be accurate to say that as a result of your autopsy examination, to a reasonable degree of medical certainty, the only cause or contributing factor to the death of Mr. Slater was the methamphetamine?

A. Yes.

DATED: August 14, 2017

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:     s/Tony M. Sain
    Eugene P. Ramirez, Esq.
    Tony M. Sain, Esq.
    Andrea K. Kornblau, Esq.
Attorneys for Defendants,
COUNTY OF SAN BERNARDINO; SHERIFF JOHN McMAHON; DEP. SHANDON DEASEY; DEP. PETER GENTRY; DEP. GARY BRANDT; AND SGT. MIKE RUDE

G:\docsdata\EPR\Salazar, Sandra v. COSB 900-54336\Pleadings\MSJ\MSJ.016.Depo.Test. Schuman.docx