Exhibit "1"

## Tanya Sukhija

| | |
|---|---|
| **From:** | Andrea Kornblau <akk@MANNINGLLP.COM> |
| **Sent:** | Tuesday, June 13, 2017 4:00 PM |
| **To:** | Tanya Sukhija |
| **Cc:** | Tony Sain; Sharon Brunner; Jim Terrell; rvasquez@galipolaw.com; dalekgalipo@yahoo.com; Irma Castellanos; Monique Alvarez; Adriana Alvarado |
| **Subject:** | RE: Salazar (PC) Expert Discovery M&C F/U |

Hi Tanya,

We will agree to continue the expert discovery and MSJ filing deadline. We can discuss any additional extension requests at a later date. Thank you.

**Andi K. Kornblau**
*Attorney*

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP**
801 S. Figueroa Street, 15th Floor at 801 Tower
Los Angeles, CA 90017
213-624-6900 (office), x 2247
213-624-6999 (fax)
619-204-2866 (cell)
akk@manningllp.com



**Los Angeles** | **Orange County** | **San Francisco** | **San Diego** | **Scottsdale** | **New York**

CONFIDENTIALITY NOTICE:

This message and its attachments are sent by an attorney and may contain information and/or attachments that is/are confidential and protected by privilege from disclosure. As such, this message is intended only for the confidential use of the intended recipient(s). If you are not the intended recipient, or if privileged/protected materials have been inadvertently sent to you, you are prohibited from printing, copying, forwarding or saving this message or its attachments. In such an event, please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately. All rights in this message's contents and/or attachments are reserved. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Thank you for your cooperation in preserving our firm's/clients' confidentiality and privilege interests.

---

**From:** Tanya Sukhija [mailto:tsukhija@galipolaw.com]
**Sent:** Tuesday, June 13, 2017 1:23 PM
**To:** Andrea Kornblau
**Cc:** Tony Sain; Sharon Brunner; Jim Terrell; rvasquez@galipolaw.com; dalekgalipo@yahoo.com; Irma Castellanos; Monique Alvarez; Adriana Alvarado
**Subject:** RE: Salazar (PC) Expert Discovery M&C F/U

Hi Andi,

We will agree to limit this first stip on the expert discovery and MSJ filing deadline, if you can confirm in an email you will agree to do another stip to give us more than a week to oppose your MSJ, along with corresponding time for your reply. Even if the Court does end up denying this one, we would still want to seek that extension later on.

Thanks,
Tanya

**Tanya Sukhija, Esq.**
**Law Offices of Dale K. Galipo**
21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367
Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: tsukhija@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Andrea Kornblau [mailto:akk@MANNINGLLP.COM]
**Sent:** Tuesday, June 13, 2017 11:49 AM
**To:** Tanya Sukhija
**Cc:** Tony Sain; Sharon Brunner; Jim Terrell; rvasquez@galipolaw.com; dalekgalipo@yahoo.com; Irma Castellanos; Monique Alvarez; Adriana Alvarado
**Subject:** RE: Salazar (PC) Expert Discovery M&C F/U

Hi Tanya,

I think we should start with requesting just the expert discovery and MSJ filing deadlines. We can discuss a second stip if the Court grants the first one.

Thanks,

**Andi K. Kornblau**
*Attorney*

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP**
801 S. Figueroa Street, 15th Floor at 801 Tower
Los Angeles, CA 90017
213-624-6900 (office), x 2247
213-624-6999 (fax)
619-204-2866 (cell)
akk@manningllp.com



**Los Angeles** | Orange County | San Francisco | San Diego | Scottsdale | New York

CONFIDENTIALITY NOTICE:

This message and its attachments are sent by an attorney and may contain information and/or attachments that is/are confidential and protected by privilege from disclosure. As such, this message is intended only for the confidential use of the intended recipient(s). If you are not the intended recipient, or if privileged/protected materials have been inadvertently sent to you, you are

prohibited from printing, copying, forwarding or saving this message or its attachments.  In such an event, please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.  All rights in this message's contents and/or attachments are reserved. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Thank you for your cooperation in preserving our firm's/clients' confidentiality and privilege interests.

---

**From:** Tanya Sukhija [mailto:tsukhija@galipolaw.com]
**Sent:** Tuesday, June 13, 2017 11:23 AM
**To:** Andrea Kornblau
**Cc:** Tony Sain; Sharon Brunner; Jim Terrell; rvasquez@galipolaw.com; dalekgalipo@yahoo.com; Irma Castellanos; Monique Alvarez; Adriana Alvarado
**Subject:** RE: Salazar (PC) Expert Discovery M&C F/U

Hi Andi,

We would be fine with a corresponding extension for Defendants' reply.

We would also be open to building in 11 days for each the MSJ opposition and reply, keeping the filing and hearing dates as you proposed, if you think the Court might be more amenable to this:
08/14/17 – MSJ filing deadline
08/25/17 – MSJ Opp deadline
09/05/17 – MSJ Reply deadline
09/11/17 – MSJ hearing deadline

Let us know what you think. Or in the alternative, if we agree to just focus on the expert discovery and MSJ filing deadlines for this stip, would you be open to doing another stip regarding the opposition and reply later on if the Court grants this one?

Thanks,
Tanya

**Tanya Sukhija, Esq.**
**Law Offices of Dale K. Galipo**
21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367
Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: tsukhija@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Andrea Kornblau [mailto:akk@MANNINGLLP.COM]
**Sent:** Tuesday, June 13, 2017 9:51 AM
**To:** Tanya Sukhija
**Cc:** Tony Sain; Sharon Brunner; Jim Terrell; rvasquez@galipolaw.com; dalekgalipo@yahoo.com; Irma Castellanos; Monique Alvarez; Adriana Alvarado
**Subject:** RE: Salazar (PC) Expert Discovery M&C F/U

Hi Tanya,

The Court previously denied our request to modify the case management schedule, so we should be cautious about asking for any further changes to the schedule.  Could we just focus on requesting an extension of the expert discovery and MSJ filing deadline?  If we agree to provide you with a 2-week extension to file your opposition to the MSJ, then we will need a 2-week extension to file our reply and that will likely cause all of the dates to be denied again.

**Andi K. Kornblau**
*Attorney*

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP**
801 S. Figueroa Street, 15th Floor at 801 Tower
Los Angeles, CA 90017
213-624-6900 (office), x 2247
213-624-6999 (fax)
619-204-2866 (cell)
akk@manningllp.com



Los Angeles **|** Orange County **|** San Francisco **|** San Diego **|** Scottsdale **|** New York

CONFIDENTIALITY NOTICE:

This message and its attachments are sent by an attorney and may contain information and/or attachments that is/are confidential and protected by privilege from disclosure. As such, this message is intended only for the confidential use of the intended recipient(s). If you are not the intended recipient, or if privileged/protected materials have been inadvertently sent to you, you are prohibited from printing, copying, forwarding or saving this message or its attachments. In such an event, please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately. All rights in this message's contents and/or attachments are reserved. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Thank you for your cooperation in preserving our firm's/clients' confidentiality and privilege interests.

---

**From:** Tanya Sukhija [mailto:tsukhija@galipolaw.com]
**Sent:** Tuesday, June 13, 2017 9:27 AM
**To:** Andrea Kornblau
**Cc:** Tony Sain; Sharon Brunner; Jim Terrell; rvasquez@galipolaw.com; dalekgalipo@yahoo.com; Irma Castellanos; Monique Alvarez; Adriana Alvarado
**Subject:** RE: Salazar (PC) Expert Discovery M&C F/U

Hi Andi,

We could be agreeable to the schedule you proposed, provided that we also have two weeks to oppose any MSJ you file, rather than the default one week under the Local Rules. Please let us know if you would stipulate to that.

Thank you,
Tanya

**Tanya Sukhija, Esq.**
**Law Offices of Dale K. Galipo**
21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367
Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: tsukhija@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Andrea Kornblau [mailto:akk@MANNINGLLP.COM]
**Sent:** Tuesday, June 13, 2017 8:37 AM
**To:** Tanya Sukhija
**Cc:** Tony Sain; Sharon Brunner; Jim Terrell; rvasquez@galipolaw.com; dalekgalipo@yahoo.com; Irma Castellanos; Monique Alvarez; Adriana Alvarado
**Subject:** RE: Salazar (PC) Expert Discovery M&C F/U

Hi Tanya,

In looking at all of the pre-trial document filing deadlines, we think extending the expert discovery cutoff for three weeks will have too great an impact on other dates. However, we propose the following schedule:

| *Case Management Event:* | *Prior-Operative* Date-Deadline: | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Cut-Off (Non-Expert Discovery Completion Due) | June 19, 2017 | June 19, 2017 (unchanged) |
| Expert Disclosures (Initial) – Service Deadline | June 23, 2017 | **July 7, 2017** |
| Rebuttal-Supplemental Expert Disclosures – Service Due | July 7, 2017 | **July 21, 2017** |
| Discovery Motion Hearing Cut-Off (Last Day for Hearing Discovery Motions) | July 20, 2017 | **August 11, 2017** |
| Expert Discovery Cut-Off (Expert Discovery Completion Due) | July 24, 2017 | **August 4, 2017** |
| Dispositive Motion/MSJ – Filing Deadline (Last Day for Filing Dispositive Motions) | July 31, 2017 | **August 14, 2017** |
| Opposition to Dispositive Motion/MSJ—Filing Deadline | August 7, 2017 | **L.R. 7-9 default (=3 weeks pre-hearing)** |
| Reply to Dispositive Motion/MSJ—Filing Deadline | August 14, 2017 | **L.R. 7-10 default (=2 weeks pre-hearing)** |
| Dispositive Motion/MSJ – Hearing Cut-Off (Last | August 28, 2017 | **September 11, 2017** |

5

| *Case Management Event:* | *Prior-Operative* Date-Deadline: | *NEW Date-Deadline:* |
|---|---|---|
| Day for Hearing Dispositive Motions) | | |
| Last Day to File Motions *in Limine* | September 1, 2017 | **September 18, 2017 (Oppositions would be due September 25, 2017; replies would not be permitted)** |
| Pre-Trial Documents Filing Due [*Pre-Trial Conference Order ("PTCO"); Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates (Witness List); Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; Joint Statement re: Disputed Instructions, Verdict Forms; Proposed Verdict Forms; Real-Time Report for Court Reporter*] | September 8, 2017 | September 18, 2017 |
| Final Pre-Trial Conference ("PTC") | September 29, 2017 at 9:00 a.m. | September 29, 2017 at 9:00 a.m. (unchanged) |
| Hearing on Motions *in Limine* and Disputed Jury Instructions | October 6, 2017 at 9:00 a.m. | October 6, 2017 at 9:00 a.m. (unchanged) |
| TRIAL | October 17, 2017 at 8:30 a.m. | October 17, 2017 at 8:30 a.m. (unchanged) |

**Andi K. Kornblau**
*Attorney*

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP**
801 S. Figueroa Street, 15th Floor at 801 Tower
Los Angeles, CA 90017
213-624-6900 (office), x 2247
213-624-6999 (fax)
619-204-2866 (cell)
akk@manningllp.com

6



**Los Angeles | Orange County | San Francisco | San Diego | Scottsdale | New York**

CONFIDENTIALITY NOTICE:

This message and its attachments are sent by an attorney and may contain information and/or attachments that is/are confidential and protected by privilege from disclosure.  As such, this message is intended only for the confidential use of the intended recipient(s). If you are not the intended recipient, or if privileged/protected materials have been inadvertently sent to you, you are prohibited from printing, copying, forwarding or saving this message or its attachments.  In such an event, please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.  All rights in this message's contents and/or attachments are reserved. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Thank you for your cooperation in preserving our firm's/clients' confidentiality and privilege interests.

**From:** Tanya Sukhija [mailto:tsukhija@galipolaw.com]
**Sent:** Monday, June 12, 2017 12:21 PM
**To:** Tony Sain; Andrea Kornblau
**Cc:** Sharon Brunner; Jim Terrell; rvasquez@galipolaw.com; dalekgalipo@yahoo.com; Irma Castellanos; Monique Alvarez; Adriana Alvarado
**Subject:** RE: Salazar (PC) Expert Discovery M&C F/U

Hi Tony and Andi,

I edited slightly paragraph 3 of the draft stipulation, so please refer to the attached drafts instead.

Thanks,
Tanya

**Tanya Sukhija, Esq.**
**Law Offices of Dale K. Galipo**
21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367
Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: tsukhija@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tanya Sukhija
**Sent:** Monday, June 12, 2017 11:57 AM
**To:** 'Tony Sain'; Andrea Kornblau
**Cc:** Sharon Brunner; Jim Terrell; rvasquez@galipolaw.com; dalekgalipo@yahoo.com; Irma Castellanos; Monique Alvarez; Adriana Alvarado
**Subject:** RE: Salazar (PC) Expert Discovery M&C F/U

Hi Tony and Andi,

In follow up, Andi and I discussed on Thursday stipulating to a possible four week extension of the expert discovery and MSJ deadlines. After taking another look at the case management schedule and discussing further

with Dale, a four week extension might bring the corresponding deadlines too close to the pre-trial conference so Plaintiffs would propose a **three (3) week extension** on the expert discovery and MSJ deadlines.

As you indicated that with an extension you would prefer more time to file your MSJ, we would also prefer **two (2) weeks to respond** to any MSJ you file.

Please advise if the above is agreeable to you. I have prepared a draft stipulation and proposed order - they are attached. Or if you think an agreement among ourselves without the involvement of the Court will be sufficient, let us know. Thanks.

Kind regards,
Tanya

**Tanya Sukhija, Esq.**
**Law Offices of Dale K. Galipo**
21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367
Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: tsukhija@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Tony Sain [mailto:tms@manningllp.com]
**Sent:** Thursday, June 08, 2017 3:47 PM
**To:** Tanya Sukhija; Andrea Kornblau
**Cc:** Sharon Brunner; Jim Terrell; rvasquez@galipolaw.com; dalekgalipo@yahoo.com; Irma Castellanos; Monique Alvarez; Adriana Alvarado
**Subject:** Salazar (PC) Expert Discovery M&C F/U

Dear Dale et al.:

It appears that, at our 6/6 post-depo meeting, Dale was right about the expert initial disclosures date: which is 6/23.  The expert DCO is 7/24/17.  My apologies for any confusion.

As plaintiffs requested, Andi and Tanya can discuss any plaintiff's proposal for a potential stipulation for order extending the pre-trial expert discovery deadlines.  Generally, I can imagine a potentially agreeable stip extending each of the expert discovery deadlines, and the MSJ deadlines, by about 2 weeks as Dale proposed: while leaving the pre-trial doc and trial dates untouched.  (Defendants will not agree to extend or reopen non-expert discovery.)  But as to whether defendants will agree to such expert discovery/dispositive motion continuances, that will depend on what Andi and Tanya can sort out specifically.

Again, my apologies for misremembering the operative deadlines.  Thanks.

Respectfully,
TMS