LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
Email: dalekgalipo@yahoo.com
Tanya Sukhija (SBN 295589)
Email: tsukhija@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, Esq. (SBN: 170409)
Email: jim@talktoterrell.com
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850
Fax: (760) 952-1085

LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner, Esq. (SBN: 229931)
Email: sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: (760) 243-9997
Fax: (760) 843-8155

Attorneys for Plaintiffs:
DANIELLA SLATER, DAMIEN SLATER,
TINA SLATER, AND DAVID BOUCHARD

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLA SLATER AND DAMIEN SLATER, individually and as successors in interest, by and through their Guardian ad Litem Sandra Salazar; TINA SLATER AND DAVID BOUCHARD, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUTY SHANDON DEASEY; DEPUTY PETER GENTRY; DEPUTY GARY BRANDT; SGT. MIKE RUDE; COUNTY OF SAN BERNARDINO; and DOES 1-10, INCLUSIVE.<br>Defendants. | **Case No. 5:16-CV-01103-JFW-KK**<br><br>[*Hon. John F. Walter*]<br><br>**SUPPLEMENT TO PLAINTIFFS' EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: EXCERPTS OF DEPOSITION TRANSCRIPT OF LETICIA SCHUMAN, M.D.** |

**SUPPLEMENT TO PLAINTIFFS' EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: EXCERPTS OF DEPOSITION TRANSCRIPT OF LETICIA SCHUMAN, M.D.**

| | |
|---|---|
| 30:11-19 | Mr. Sain: Okay.  Other than your own examination of Mr. Slater's body during the autopsy, other than the deputy coroner's investigative results that were provided to you in the form of a report, is there any other evidence or information that you relied upon in the formation of your opinions in connection with the death of Joseph Slater?<br>Dr. Schuman: No. |
| 69:14-70:11 | Mr Sain: Are there any other specific facts that you documented regarding your external exam for Mr. Slater on this page of Exhibit 7?<br>Dr. Schuman: At the top I have made notes prior to autopsy that he was 28 years old, a white male found unresponsive in the back of car, possible knee strike to chest, erratic behavior, and a question mark, blood disease.<br>Mr. Sain: Where you write on your notes "possible knee strike to chest," what was the source of that information?<br>Dr. Schuman: I can't remember exactly the source.  My best guess would be I received the information from the investigative report.<br>Mr. Sain: Okay.  The investigative report was Exhibit 5; correct?<br>Dr. Schuman: Yes.<br>Mr. Sain: All right.  Let's take a look at that, and you tell me if you can point out to me where it says something about a possible knee strike.<br>Dr. Schuman: It is on page 3 –<br>Mr. Sain: What does it say?<br>Dr. Schuman: – of the – it says Detective De La Torre said the only use of force was the pepper spray deployment and a possible knee strike to Slater's upper body. |
| 70:9-11 | Dr. Schuman: – of the – it says Detective De La Torre said the only use of force was the pepper spray deployment and a possible knee strike to Slater's upper body. |

Case No. 5:16-CV-01103-JFW-KK

2

SUPPLEMENT TO PLAINTIFFS' EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: EXCERPTS OF DEPOSITION TRANSCRIPT OF LETICIA SCHUMAN, M.D.

| | |
|---|---|
| 109:11-16 | Mr. Sain: Other than what you've stated on the record here today, are there any other documents, records, recordings, reports, or photographs that you reviewed and/or relied upon in the formation of your opinions regarding the cause of death for Mr. Slater?<br>Dr. Schuman: No. |

Case No. 5:16-CV-01103-JFW-KK

3

SUPPLEMENT TO PLAINTIFFS' EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT: EXCERPTS OF DEPOSITION TRANSCRIPT OF LETICIA SCHUMAN, M.D.